UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| | ) | |
| SPARTAN PRINTING COMPANY, | ) | CASE NO. 95-41031 |
| | ) | |
| Debtor. | ) | |

## STATUS REPORT

JOEL A. KUNIN, TRUSTEE OF THE ESTATE OF SPARTAN PRINTING COMPANY, hereby reports to the Court as follows:

1. A number of checks issued by the Trustee to creditors of the estate were uncashed and/or were returned to the Trustee because of insufficient or incorrect creditor addresses.

2. The Trustee has attempted to locate the affected creditors and confirm correct and complete addresses for those creditors.

3. After undertaking research concerning the location of various creditors, the Trustee reissued checks to those creditors.

4. At present the Trustee is waiting for the checks he reissued to clear, and unless and until that occurs the Trustee cannot close all bank accounts for the estate and the estate cannot be closed.

5. The Trustee reasonably believes a further and additional 45 days will be necessary to ensure that all checks have cleared, whereupon the Estate's accounts can be closed and the Trustee discharged.

        **JOEL A. KUNIN, TRUSTEE OF THE CHAPTER 7 BANKRUPT ESTATE OF SPARTAN PRINTING COMPANY**

    **BY:** /s/ Joel A. Kunin
        **JOEL A. KUNIN, ILL. REG. NO 01548050**
        **THE KUNIN LAW OFFICES, LLC**
        **412 MISSOURI AVENUE**
        **EAST ST. LOUIS, IL 62201-3016**
        **618 / 274-0434 – FAX: 274-8360**
        **E-MAIL: jkunin@kuninlaw.com**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List this 17th day of March, 2008.

    /s/ Jacqueline B. Racener