IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOEL KUNIN, TRUSTEE FOR
SPARTAN PRINTING COMPANY

vs

CASE NO 95-41031
CHAPTER: 7

DATE: March 18, 2008
PLACE: Benton

**PRESENT**: Honorable Kenneth J. Meyers, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:  Joel Kunin

Steve Wallace                Excused

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS**:  STATUS CONF: Final Account

**MINUTES OF COURT:**

Trustee reports the Final Account will be filed within 14 days.  No further extensions will be allowed.

Wayne A. Bannert
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY.  THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**