UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| | ) | |
| SPARTAN PRINTING COMPANY, | ) | CASE NO. 95-41031 |
| | ) | |
| Debtor. | ) | |

## FINAL STATUS AND CLOSING REPORT

Comes now, **Joel A. Kunin, Chapter 7 Trustee of the Estate of Spartan Printing Company, ("Trustee")** and reports to the Court the following:

1. On June 13, 2007, the Court entered its Order Approving the Final Report and Account of the Trustee ("Order").

2. The Order authorized the Trustee to make distributions to claimants in accordance with the Claims Distribution Register and to pay all administrative expenses approved by the Court.

3. The Trustee has forwarded to each allowed claimant the amount of the distribution approved by the Court.

4. Notwithstanding the Trustee's attempt to locate all claimants, the Trustee has been unable to locate twelve creditors having a total distribution due of $166,729.45.

5. Pursuant to 11 U.S.C. § 347(a), the Trustee has paid the sum of $166,729.45 to the Clerk of the United Bankruptcy Court for the Southern District of Illinois for deposit in the U.S. Treasury for the benefit of the unpaid claimants.

6. All estate funds have been disbursed and all estate bank accounts have been closed.

7. The Trustee has discharged all of his duties as Chapter 7 Trustee and respectfully requests that he be discharged as Trustee, and that this estate and case be closed.

*/s/    Joel A. Kunin*
**JOEL A. KUNIN, CHAPTER 7 TRUSTEE**
**FOR SPARTAN PRINTING COMPANY**
**412 MISSOURI AVENUE**
**EAST ST. LOUIS, IL 62201-3016**
**618 / 274-0434 – FAX:  274-8369**
**E-MAIL:  jkunin@kuninlaw.com**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List this 26th day of March 2008.

*/s/  Jacqueline B. Racener*
**Jacqueline B. Racener**