## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| | ) | |
| SPARTAN PRINTING COMPANY, | ) | CASE NO. 95-41031 |
| | ) | |
| Debtor. | ) | HON. KENNETH J. MEYERS |

### TRUSTEE'S FINAL REPORT OF RECEIPTS AND DISBURSEMENTS
### FROM MARCH 19, 1996 THROUGH APRIL 15, 2008

Comes now, **JOEL A. KUNIN, Chapter 7 Trustee**, and makes the following report of receipts and disbursements from March 19, 1996 through April 15, 2008.

A.    Attached hereto as Exhibit "A" is an itemized Summary disclosing that as of April 15, 2008, the estate has no cash and that all bank accounts have a Zero balance.

B.    Attached hereto as Exhibit "B" is the schedule of Cash Receipts and Disbursements deposited and disbursed from the Trustee's Money-Market Account at LaSalle National Bank, Account No. 86-0036543-4, disclosing that the account was closed and there are no funds in the account.

C.    Attached hereto as Exhibit "C" is the summary of the Trustee's Certificate of Deposit Account located at LaSalle National Bank, disclosing a Zero balance.  This account was closed on December 23, 1997.

D.    Attached hereto as Exhibit "D" is the schedule of the Trustee's Operating Account at LaSalle National Bank, Account No. 58-0001380-6, disclosing that on August 25, 1998, this account was closed leaving a Zero balance.

E.    Attached hereto as Exhibit "E" is the schedule of the Auction Proceeds Account, disclosing that there is a zero balance after disbursing the auction proceeds to the secured creditor,

LaSalle National Bank, and transferring the balance of to the Trustee's Money-Market Account. This account was closed on December 13, 1996.

F.    Attached hereto as Exhibit "F" is the Trustee's Payroll Account at LaSalle National Bank, disclosing a zero balance.  This account was closed on August 20, 1996.

G.    Attached hereto as Exhibit "G" is the schedule of the Trustee's Tax Escrow Account, disclosing a zero balance.  This account was closed on August 20, 1996.

H.    Attached hereto as Exhibit "H" is a schedule of the Trustee's Medical Escrow Account disclosing a zero balance.  This account was closed on June 25, 1996.

I.    Attached hereto as Exhibit "I" is a schedule of the Trustee's Lockbox Account at LaSalle National Bank, disclosing a zero balance.  This account was closed on December 16, 1996.

J.    Attached hereto as Exhibit "J" is a schedule of the Trustee's Special Real Estate Account at Mark Twain Bank.  This account was created for the purpose of receiving and disbursing funds received from the sale of Spartan's real estate.  This bank account has been closed as of April 11, 1997.

K.    Attached hereto as Exhibit "K" is a schedule of the Trustee's Litigation Escrow Account at Wells Fargo Bank.  This account was created to insure payment of attorney's fees and expenses to the Trustee's Special Counsel, Snell & Wilmer, for services rendered in litigation against LaSalle National Bank, World Color Press and the former Directors of the Debtor.  All funds have been disbursed and the account has been closed.

L.    Attached hereto as Exhibit "L" is the schedule of the Trustee's Line of Credit

Account at LaSalle National Bank.  This account discloses a zero balance and was closed on

September 18, 1996.

M.   Attached hereto as Exhibit "M" is a schedule of the Trustee's Medical Insurance Escrow Account at First Illinois Bank, disclosing a zero balance as of March 31, 2007. On March 27, 2007, the sum of $95,086.08 was transfer to First Bank account 9948100542. This account was created to deposit a check received from General American Insurance representing reimbursement after a $100,000.00 deductible had been met by Spartan.

N.   Attached hereto as Exhibit "N" is a schedule of Cash Receipts and Disbursements from the Trustee's checking account at Union Planters Bank, Checking Account No.  3465700629, disclosing on October 7, 2004, the sum of $2,093.19 was transferred to First Bank Account No. 24152224 leaving as of March 31, 2007 a Zero balance.

O. Attached hereto as Exhibit "O" is a schedule of Cash Receipts and Disbursements from a Money Market Account at Union Planters Bank, Money Market Account No.  3465700637, leaving as of March 31, 2007, a Zero balance.

P. Attached hereto as Exhibit "P" is a schedule of Cash Receipts and Disbursement from a Certificate Deposit Account at Union Planters Bank, Certificate Deposit Account No. 6465002183, disclosing on May 29, 2002, the sum of $1,800,000.00 was transferred to First Bank, Account No. 936660009873 (See Exhibit "U") leaving a zero balance.

Q.   Attached hereto as Exhibit "Q" is a Schedule of Cash Receipt and Disbursements from a Certificate of Deposit Account at Magna Bank, N.A., Certificate Deposit Account No. 6465002197, disclosing that on February 4, 1999, the sum of $250,061.64 was transferred to Union Planters Bank, Certificate Deposit No.  6573000034 leaving a zero balance.

Q-1.   Attached hereto as Exhibit "Q-1" is a schedule of Cash Receipts and

3

Disbursements from a Certificate of Deposit Account at Union Planters Bank, Certificate Deposit Account No. 6573000034, disclosing that on July 22, 2002, the sum of $250,061.64 was transferred to First Bank, Account No. 936660009989 (see Exhibit "V"), leaving a zero balance.

Q-2.    Attached hereto as Exhibit "Q-2" is a schedule of Cash Receipts and Disbursements from a Certificate of Deposit Account at Union Planters Bank, Certificate Deposit Account No. 6573000035, disclosing that on April 22, 2002, the sum of $220,000.000 was transferred to First Bank, Account No. 936660009805 (see Exhibit "W") leaving a zero balance.

Q-3.    Attached hereto as Exhibit "Q-3" is a schedule of Cash Receipts and Disbursements from a Certificate of Deposit Account at Union Planters Bank, Certificate Deposit Account No. 6574000205, disclosing that on April 22, 2002, the sum of $175,013.59 was transferred to First Bank, Account No. 936660009805 (see Exhibit "W") leaving a zero balance.

Q-4.    Attached hereto as Exhibit "Q-4" is a schedule of Cash Receipts and Disbursements from a Certificate of Deposit Account at Union Planters Bank, Certificate Deposit Account No. 6574000690, disclosing that on May 23, 2002, the sum of $140,021.16 was transferred to First Bank, Account No. 93666009873 (see Exhibit "U") leaving a zero balance.

R.    Attached hereto as Exhibit "U" is a schedule of Cash Receipts and Disbursements from Certificate of Deposit at First Bank, Account No. 936660009873, disclosing that on November 29, 2002, the sum of $1,960,416.54 was transferred to First Bank Account No. 93600112488, (see Exhibit "AA") leaving a zero balance.

S.    Attached hereto as Exhibit "V" is a schedule of Cash Receipts and Disbursements from Certificate of Deposit at First Bank, Account No. 936660009989 disclosing that on October 20, 2002, the sum of $251,197.188 was transferred to First Bank Account No. 936660010127 (see

4

Exhibit "Y") leaving a zero balance.

T.  Attached hereto as Exhibit "W" is a schedule of Cash Receipts and Disbursements from Certificate of Deposit at First Bank, Account No. 936660009805 disclosing that on October 23, 2002, the sum of $399,462.30 was transferred to First Bank Account No. 936660010126 (see Exhibit "Z") leaving a zero balance.

U.  Attached hereto as Exhibit "X" is a schedule of Cash Receipts and Disbursements from Petty Cash Account disclosing that as of March 31, 2007, there is a zero balance.

V.  Attached hereto as Exhibit "Y" is a schedule of Cash Receipts and Disbursements from Certificate of Deposit Account No. 936660010127 disclosing that on December 4, 2002, the sum of $251,584.30 was transferred to First Bank Account No. 9360011248, leaving a zero balance.

W.  Attached hereto as Exhibit "Z" is a schedule of Cash Receipts and Disbursements from Certificate of Deposit Account No. 936660010126 disclosing that on December 9, 2002, the sum of $400,077.91 was transferred to First Bank Account No. 9360011248, leaving a zero balance.

X.  Attached hereto as Exhibit "AA" is a schedule of Cash Receipts and Disbursements on First Bank Money-Market Account No. 9360011248, disclosing that on June 10, 2003 the sum of $100.00 and on July 21, 2003 the sum of $2,000,000.00 was transferred to First Bank checking account No. 9948100542 (See Exhibit "BB") and on April 27, 2004, the sum of $2,406,025.75 was transferred to First Bank Money Market Account No. 2415122241 (See Exhibit CC, attached hereto) leaving a zero balance as of September 30, 2004.

Y.  Attached hereto as Exhibit "BB" is a schedule of Cash Receipts and Disbursements on First Bank Checking Account No. 9948100542 and as of April 15, 2008, there is a Zero balance.

Z.  Attached hereto as Exhibit "CC" is a schedule of Cash Receipts and Disbursements on First Bank Money Market Account No. 2415122241 and as of April 15, 2008, there is a Zero

balance on hand.

AA.  Attached hereto as Exhibit "R" is a schedule of all disbursements made by the Trustee for the period from March 19, 1996 through April 15, 2008, and discloses total disbursements of **$14,694,879.17.**

BB.  Attached hereto as Exhibit "S" is a schedule of all receipts obtained by the Trustee for the period from March 19, 1996 through April 15, 2008, and discloses total receipts of **$14,694,879.17.**

In summary, from March 19, 1996 through April 15, 2008, the Trustee had net receipts of **$14,694,879.17** and has made disbursements of $**14,694,879.17**, leaving cash on hand of **Zero**.  (See Exhibit "T" attached hereto.)

The Trustee respectfully prays that his Report be approved.


*/s/    Joel A. Kunin*

**JOEL A. KUNIN, TRUSTEE OF THE CHAPTER 7**
**ESTATE OF SPARTAN PRINTING CO.**
**THE KUNIN LAW OFFICES, LLC**
**412 MISSOURI AVENUE**
**EAST ST. LOUIS, IL 62201-3016**
**618 / 274-0434 - FAX:  274-8369**
**E-Mail: jkunin@kuninlaw.com**


**EXHIBIT(S) SUMMARY AND CERTIFICATE OF SERVICE**

The following exhibits(s) in reference to: ***Trustee's Report of Receipts and Disbursements from March 19, 1996 through April 15, 2008,*** filed by:  **Joel A. Kunin, Trustee of the Chapter 7 Estate of Spartan Printing Co.** are available upon request. Joel A. Kunin will bring exhibit(s) to any scheduled Court hearing on this matter.

Exh. "A"    Summary of Bank Accounts as of April 15, 2008
Exh. "B"    Cash Receipts and Disbursements - Money Market Acct No. 86-0036543-4
Exh. "C"    Trustee's Certificate of Deposit - LaSalle National Bank
Exh. "D"    Trustee's Operating Account - No. 58-0001380-6

Exh. "E"    Auction Proceeds Account - LaSalle National Bank
Exh. "F"    Trustee's Payroll Account - LaSalle National Bank
Exh. "G"    Trustee's Tax Escrow Account - LaSalle National Bank
Exh. "H"    Trustee's Medical Escrow Account - LaSalle National Bank
Exh. "I"    Trustee's Lockbox Account - LaSalle National Bank
Exh. "J"    Trustee's Special Real Estate Account - Mark Twain Bank
Exh. "K"    Trustee's Litigation Escrow Account - Wells Fargo Bank
Exh. "L"    Trustee's Line of Credit - LaSalle National Bank
Exh. "M"    Trustee's Medical Insurance Escrow Account - First Illinois Bank
Exh. "N"    Trustee's Checking Account - Union Planters - Account No. 3465700629
Exh. "O"    Trustee's Money Market Account - Union Planters - Account No. 3465700637
Exh. "P"    Certificate of Deposit - Account No. 6465002183
Exh. "Q"    Certificate of Deposit - Account No. 6465002197
Exh. "Q-1"  Certificate of Deposit - Account No. 6573000034
Exh. "Q-2"  Certificate of Deposit - Account No. 6573000035
Exh. "Q-3"  Certificate of Deposit - Account No. 6574000205
Exh. "Q-4"  Certificate of Deposit - Account No. 6574000690
Exh. "R"    Listing of Cash Disbursements through April 15, 2008
Exh. "S"    Listing of Cash Receipts through April 15, 2008
Exh. "T"    Reconciliation of Cash Receipts and Disbursements through April 15, 2008
Exh. "U"    Certificate of Deposit - Account No. 936660009873
Exh. "V"    Certificate of Deposit - Account No. 936660009989
Exh. "W"    Certificate of Deposit - Account No. 936660009805
Exh. "X"    Petty Cash Account
Exh. "Y"    Cash Receipts and Disbursements from Certificate of Deposit
            Account No. 936660010127
Exh. "Z"    Cash Receipts and Disbursements from Certificate of Deposit
            Account No. 936660010126

Exh. "AA"   Cash Receipts and Disbursements for First Bank Money Market
            Account No. 93600011248

Exh. "BB"   Cash Receipts and Disbursements for First Bank Checking
            Account No. 9948100542

Exh. "CC"   Cash Receipts and Disbursements for First Bank Money Market
            Account No. 2415122241


**Filer Name/Address/Phone/ID#:**

**Joel A. Kunin. Trustee of the Chapter 7**
**Estate of Spartan Printing Company**
**412 Missouri Avenue**

**East St. Louis, IL 62201-3016**
**618 / 274-0434 - Fax: 274-8369**
**E-Mail: jkunin@kuninlaw.com**
**ID No. 01548050**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List this 15th day of April 2008, as well as mailed by U. S. Mails, postage fully paid to: The Office of the United States Trustee, 401 Main Street, Becker Building, Suite 1100, Peoria, IL 61602.

/s/ Jacqueline B. Racener
**Jacqueline B. Racener**