**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| | ) | |
| SPARTAN PRINTING COMPANY, | ) | CASE NO. 95-41031 |
| | ) | |
| Debtor. | ) | |

**CHAPTER 7 ASSET CASE SUMMARY OF FINAL REPORT**

| | | |
|---|---|---|
| $ | 14,694,869.82 | 1. TOTAL RECEIPTS FEES AND EXPENSES |
| $ | 375,344.60 | 2. Trustee Compensation & Expenses |
| $ | 891,187.53 | 3. Fees & Expenses for Attorneys for Trustee |
| $ | | 4. Fees & Expenses for Attorney for Debtor |
| $ | 2,158,376.62 | 5. Other Professional Fees and All Expenses |

**DISTRIBUTIONS**

| | | |
|---|---|---|
| $ | 6,856,696.01 | 6. Secured Creditors |
| $ | 2,804,714.63 | 7. Priority Creditors |
| $ | 1,490,810.59 | 8. Unsecured Creditors |
| $ | | 9. Equity Security Holders |
| $ | 117,740.08 | 10. Other Distributions Including Administrative |
| $ | | 11. Payments to Debtor |
| $ | 14,694,869.82 | 12. TOTAL DISBURSEMENTS |

Dated:   April 22, 2008    /s/   *Joel A. Kunin*
JOEL A. KUNIN,  Trustee
The Kunin Law Offices, LLC
412 Missouri Avenue
East St. Louis, IL 62201-3016
618 / 274-0434 – Fax:  274-8369
E-Mail:  jkunin@kuninlaw.com
Ill. Reg. No. 01548050

**CERTIFICATE OF SERVICE**

  I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List this 22nd day of April 2008.

            /s/ Jacqueline B. Racener
              **Jacqueline B. Racener**